**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-1530**

HENRI JEAN-BAPTISTE,

    Plaintiff - Appellant,

  v.

MONTGOMERY COUNTY DEPARTMENT OF CORRECTIONS; STATE'S ATTORNEY'S OFFICE OF MARYLAND,

    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:17-cv-03009-PWG)

Submitted:  September 20, 2018      Decided:  September 21, 2018

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henri Jean-Baptiste, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henri Jean-Baptiste appeals the district court's order denying his motion to reconsider the dismissal of his civil action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jean-Baptist v. Montgomery Cnty. Dep't of Corr.*, No. 8:17-cv-03009-PWG (D. Md. Apr. 17, 2018). We deny Jean-Baptiste's motion for stay pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*